**Order filed March 31, 2020**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO.  14-20-00077-CV
_____

**MARLON MACK AS REPRESENTATIVE OF THE ESTATE OF MARTHA MACK, Appellant**

**V.**

**RETIREMENT HOUSING FOUNDATION, FOUNDATION PROPERTY MANAGEMENT INC., AND HOUSTON RHF HOUSING, INC., Appellees**

**On Appeal from the 165th District Court
Harris County, Texas
Trial Court Cause No. 2016-66255**

## O R D E R

This is an appeal from a judgment signed October 15, 2019. Appellant timely filed a post judgment motion. The notice of appeal was due January 13, 2020. *See* Tex. R. App. P. 26.1. Appellant, however, filed the notice of appeal on January 27, 2020, a date within 15 days of the due date for the notice of appeal. A motion to extend time is necessarily implied when the perfecting instrument is filed within 15

1

days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal. While an extension may be implied, appellant is still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellant to file a proper motion to extend time to file the notice of appeal on or before **April 10, 2020**. *See* Tex. R. App. P. 26.3;10.5(b). If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Zimmerer.